# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 27, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159093(51)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement

SAMUEL JEROME,
         Plaintiff-Appellant,

Megan K. Cavanagh,
Justices

v

SC: 159093
COA: 335328
Oakland CC: 2015-148401-CZ

MICHAEL CRUM and CITY OF BERKLEY,
         Defendants-Appellees.
_____/

       On order of the Chief Justice, the motion of defendants-appellees to extend the time for filing their supplemental brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before January 3, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 27, 2019 _____



Clerk